JAP:JGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARANTS |
| - against - | (18 U.S.C. §§ 2113(d) and 924(c)) |
| PEDRO BENITEZ and QUINCEY HALL, | 17-M-873 |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

JOSE N. CHARRIEZ, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI") duly appointed according to law and acting as such.

Upon information and belief, on or about September 20, 2017, within the Eastern District of New York, the defendants PEDRO BENITEZ and QUINCEY HALL did knowingly, intentionally take by force, violence and intimidation, from the person and presence of another, money belonging to and in the care, custody, control, management and possession of a bank or other financial institution, to wit Queens County Savings Banks, the deposits of which are insured by the Federal Deposit Insurance Corporation, and, in so doing, put in danger the life of a person by the use of a dangerous weapon.

(Title 18, United States Code, Section 2113(d)).

Upon information and belief, on or about September 20, 2017, within the Eastern District of New York, the defendants PEDRO BENITEZ and QUINCEY HALL did knowingly and intentionally use and carry a firearm, which was brandished, during and in relation to a crime of violence, to wit, a violation of 18 U.S.C. § 2113(d).

(Title 18, United States Code, Section 924(c)).

The source of your deponent's information and belief are as follows:[1]

1.  I am a Special Agent with the FBI's Violent Crimes Task Force. I have been involved in the investigation of numerous bank robberies. I am familiar with the facts and circumstances set forth below from my participation in the investigation, which includes, but is not limited to, my review of the investigative file and my discussions with other law enforcement officers involved in the investigation.

## PROBABLE CAUSE

2.  The FBI has been investigating a series of at least four armed bank robberies in Nassau and Queens counties in New York that took place between July 14, 2017 and September 20, 2017. These robberies involved the same or similar *modus operandi*, which is described in detail herein. One of these armed robberies occurred on September 20 at Queens County Savings Bank branch located at 64-19 188th Street in Fresh Meadows, New York (the "September 20 Robbery").

3.  At approximately 9:00 a.m. on September 20, 2017, a man entered the Queens County Savings Bank armed with a gun and robbed the bank of approximately $50,000 in U.S. currency. Security video from the bank shows the gunman using a "take

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

over" method to gain control of the bank. Specifically, the gunman entered the bank, displayed his gun and forced all bank employees and customers to the ground. The gunman struck a female customer in the head and forced bank employees to open an ATM at the bank, so the gunman could get the cash stored therein.

4. Surveillance footage from the surrounding area shows the gunman then leaving the bank and getting into a getaway car driven by another individual.

5. On September 27, 2017, Nassau County Police officers arrested the gunman, defendant PEDRO BENITEZ, based on a DNA match obtained from a face mask used during the commission of another bank robbery committed during the period under investigation. Also on September 20, 2017, Nassau Police also arrested defendant QUINCEY HALL for his role in another of the bank robberies under investigation.

6. In a subsequent, post-arrest, mirandized statement to law enforcement, defendant PEDRO BENITEZ admitted to being the gunman during the September 20 Robbery. He also admitted to being the gunman during at least three other armed bank robberies between the July 14 and September 20, 2017. Defendant PEDRO BENITEZ also told law enforcement that he used a cell phone to keep in contact with defendant QUINCEY HALL during the September 20 Robbery.

7. Defendant PEDRO BENITEZ matches the physical description of the gunman provided by victims of the September 20, 2017 robbery.

8. In a subsequent, post-arrest, mirandized statement to law enforcement, defendant QUINCEY HALL admitted to taking part in the September 20, 2017 bank robbery with defendant PEDRO BENITEZ. Defendant QUINCEY HALL also admitted to committing at least three other bank robberies with defendant PEDRO BENITEZ from July

14 through September 20, 2017. Specifically, defendant QUINCEY HALL admitted to acting as a lookout during the September 20 Robbery, as well as during at least three other robberies. Defendant QUINCEY HALL also told law enforcement that he agreed to act as the lookout during the bank robberies in exchange for payment of between $3,000 and $5,000 for each robbery. Defendant QUINCEY HALL also told law enforcement that used a cell phone to keep in contact with defendant PEDRO BENITEZ during the robbery.

9. The deposits of Queens Savings Bank are insured by the Federal Deposit Insurance Corporation.

WHEREFORE, your deponent respectfully requests that the defendants PEDRO BENITEZ and QUINCEY HALL be dealt with according to law.

Dated:   Brooklyn, New York
         October 3, 2016

_____
JOSE N. CHARRIEZ
Special Agent, FBI
Federal Bureau of Investigation

Sworn to before me this
3rd day of October, 2017

_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK