## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: SEYBERT,J.   DATE: 3/20/2018      TIME: 11:00**

**DOCKET NUMBER: CR 17-572        TITLE: USA-V-**

**DEFT NAME: PEDRO BENITEZ                           DEFT: #1**
   **X PRESENT    ___ NOT PRESENT   X IN CUSTODY    ___ ON BAIL**

   **ATTY. FOR DEFT.:  MITCHELL GOLUB              X C.J.A.**
         **X PRESENT       ___ NOT PRESENT     ___ RET**

**A.U.S.A. MICHAEL MAFFEI              DEPUTY CLERK: C. BARAN**

**COURT REPORTER: F. GUERINO**

**X**   CASE CALLED. ALL COUNSEL PRESENT.

**X**   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNTS 4, 9 OF THE INDICTMENT.

**X**   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

**X**   SENTENCE DATE SET FOR 7/20/2018 AT 11:00AM.

**X**   PROBATION DEPT. NOTIFIED.

**X**   DEFT. CONTINUED IN CUSTODY.

___   OTHER: