UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  17-CR-572 (JS)

PEDRO BENITEZ, et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CHANGE OF CONTACT INFORMATION

        PLEASE TAKE NOTICE that all future correspondence to Assistant United States Attorney Michael R. Maffei in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Michael R. Maffei
        United States Attorney's Office (Criminal Division)
        610 Federal Plaza
        Central Islip, New York 11722
        Tel:  (631) 715-7890
        Fax: (631) 715-0006
        Email: michael.maffei2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael R. Maffei at the email address set forth above.

Dated:   Central Islip, New York
         May 24, 2018

                                            Respectfully submitted,

                                            RICHARD P. DONOGHUE
                                            United States Attorney

                                    By:     /s/ Michael R. Maffei
                                            Michael R. Maffei
                                            Assistant U.S. Attorney

cc:   Clerk of the Court (JS)